**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

NORTH JAX CONCRETE AND  CASE NO.: 3:22-01206-JAB
CONSTRUCTION LLC,  CHAPTER 11

      Debtor.
_____/

### DEBTOR'S MOTION TO DISMISS

      North Jax Concrete and Construction, LLC ("Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. §1112(b), files this Motion seeking entry of an order dismissing this case, and in support states as follows:

1. On June 15, 2022, the Debtor filed its Chapter 11 petition.

2. The Debtor filed its amended plan of reorganization on April 17, 2023 (ECF No. 143). The Debtor subsequently amended that plan on May 11, 2023 (ECF No. 154). Collectively, the Debtor's amended plans are referred to hereinafter as the "Plan."

3. The Debtor primarily filed this case to restructure 5-7 years of accrued payroll tax debt due to poor bookkeeping and tax advice. The Debtor has worked to file amended returns to determine the most accurate amount due to the Internal Revenue Service ("IRS").

4. Even after filing amended returns and selling its real estate and paying a substantial amount of money to the IRS during this case, the IRS has a federal tax lien on all of the Debtor's property and is still owed a substantial amount of money.

5. Additionally, the Debtor so far this calendar year has had to continue to restructure its business due to the inconsistency of work. While the Debtor is still operating and believes that its business will rebound, it does not believe it is in the best interests of the

estate to proceed toward confirmation of the Plan due to an impending objection from ERS Corp. and potentially others.

6. The Debtor seeks dismissal under 11 U.S.C. § 1112(b)(1) for cause. Pursuant to § 1112(b)(1), "on request of a party in interest . . . the court shall convert a case under this chapter to a case under chapter 7, or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause".[1] Cause includes, among other things, "inability to effectuate substantial consummation of a confirmed plan."

7. Here, the Debtor submits that dismissal is in the best interests of creditors and the estate. The IRS has a lien on all of the Debtor's assets as it is still owed over $600,000.00 according to its proof of claim, so liquidation of its assets in a Chapter 7 would not provide a distribution to any unsecured creditors. The U.S. Small Business Administration also has a lien on the Debtor's assets and is owed approximately $150,000.00.

8. Additionally, despite the Debtor's restructuring efforts, the Debtor does not believe that it can confirm a plan in this case without the support from additional unsecured creditors, which it has been unable to garner despite significant efforts.

WHEREFORE, the Debtor respectfully requests the entry of an order granting this Motion and dismissing this case.

Dated: August 2, 2023                          Respectfully submitted,

**Bruner Wright, P.A.**
*Counsel for the Debtor-In-Possession*
2810 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By:   */s/ Byron Wright III*
      Robert C. Bruner

---

[1] 11 U.S.C. § 1112(b)(1).

Florida Bar No. 0065876<br>
rbruner@brunerwright.com<br>
Byron Wright III<br>
Florida Bar No. 118971<br>
twright@brunerwright.com<br>
Samantha A. Kelley<br>
Florida Bar No. 0115526<br>
skelley@brunerwright.com<br>

## **CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on August 2, 2023 to the following persons at the email addresses noted herein:

Robert C Bruner on behalf of Debtor North Jax Concrete and Construction LLC
rbruner@brunerwright.com,
twright@brunerwright.com;melanie@brunerwright.com;laura@brunerwright.com

Ryan E Davis on behalf of Creditor Cemex Construction Materials Florida, LLC
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Angela N Grewal on behalf of Creditor ERS Corp.
angela.grewal@arlaw.com,
dana.tompkins@arlaw.com;richene.oliver@arlaw.com;vicki.owens@arlaw.com;philip.navarro@arlaw.com

Jill E Kelso on behalf of U.S. Trustee United States Trustee - JAX 11
jill.kelso@usdoj.gov

Jason S Lambert on behalf of Creditor Pioneer Equipment Company
jason.lambert@dinsmore.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Edmund S Whitson, III on behalf of Creditor ERS Corp.
edmund.whitson@arlaw.com, rory.boucher@arlaw.com;stacy.young@arlaw.com

Byron Wright, III on behalf of Debtor North Jax Concrete and Construction LLC
twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com

Samantha A. Kelley on behalf of Debtor North Jax Concrete and Construction LLC
skelley@brunerwright.com,
twright@brunerwright.com;melanie@brunerwright.com;laura@brunerwright.com

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on the parties listed on the attached mailing matrix.

Date: August 2, 2023                                   */s/ Byron Wright III*
                                                       Byron Wright III