**ORDERED.**

Dated: August 18, 2023

_____
Jacob A. Brown
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

NORTH JAX CONCRETE AND           CASE NO.: 3:22-01206-JAB
CONSTRUCTION LLC                 CHAPTER 11

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS**
**(ECF No. 172)**

THIS MATTER came before the Court on August 16, 2023 for a hearing on the Debtor's Motion to Dismiss (the "Motion," ECF No. 172). Based upon there being no objections to the Motion and for the reasons stated in open Court, it is

ORDERED:

1.    The Motion (ECF No. 172) is GRANTED.

2.    This case is DISMISSED.

3. The Court retains jurisdiction to rule on applications for compensation filed within thirty (30) days of the date of this Order. Any applications to be filed shall be filed on negative notice.

*Attorney Byron Wright III is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order.*